IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTOPHER EUGENE GOSS, SR.,   :
                                :
   Debtor, Appellant,            :
                                :
                                :       CIVIL ACTION NO.
   v.                           :       1:18-cv-4473-AT
                                :
S. GREGORY HAYS,                :
                                :       BANKR. CASE NO.
   Appellee.                    :       17-71027-PMB
                                :
                                :
                                :
                                :

## **ORDER**

On November 1, 2018, this Court directed Christopher E. Goss, Sr. ("Appellant") to either "pay the required filing fee or submit a completed application to proceed *in forma pauperis*" by November 21, 2018 and that "[f]ailure to do so will result in the dismissal of this appeal for want of prosecution." (Doc. 2). As of November 26, 2018, the docket fails to reflect that Appellant has taken either action as previously required by this Court. Accordingly, based upon this failure as well as the Court's prior warning to Appellant, this appeal is hereby **DISMISSED WITHOUT PREJUDICE**[1] based upon Appellant's failure to prosecute this action.

---

[1]   Dismissal without prejudice permits Appellant to refile the instant appeal in this Court in the event he chooses to do so. However, Appellant is reminded that in the event he chooses to

The Clerk's Office is directed to close this case.

**SO ORDERED,** this 27th day of November, 2018.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

---

refile this appeal he will be required to either pay the filing fee or otherwise submit a completed application to proceed *in forma pauperis.*